# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES H. LEE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:09CV00618 TCM |
| CITY OF ST. LOUIS, MO, et al., | ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

So Ordered this 27th Day of May, 2009.

*[signature]*

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE